IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 1:06-cv-461-MEF |
| | ) | |
| ONE JOHN DEERE MOWER MODEL | ) | |
| NUMBER L 120 A, VIN GXL120A113562 | ) | |
| WITH ALL APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON, *et al.,* | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-937-MEF |
| | ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP | ) | |
| TRUCK VIN: 1GCEC14T03Z113843 | ) | |
| WITH ALL APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON, | ) | (WO - Do Not Publish) |
| | ) | |
| ONE 2005 BUSH HOG MODEL M2355-A | ) | |
| ZERO TURN LAWN MOWER VIN: | ) | |
| 12-20041 WITH 2005 HAULMARK | ) | |
| TRAILER WITH ALL APPURTENANCES | ) | |
| AND ATTACHMENTS THEREON, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL  JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #48) filed by the parties on June

17, 2008, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

It is further ORDERED that the Motion for Summary Judgment (Doc. # 33) is DENIED as MOOT.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close these files.

DONE this 19th day of June, 2008.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE